**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 7:12-CR-4 (HL) |
| **QUENTALIN S. BROWN,** | |
| Defendant. | |

## ORDER

On October 25, 2012, the jury returned a guilty verdict against Defendant as to Counts One through Four of the indictment. The jury returned a not guilty verdict as to Count Five of the indictment.

The indictment also contained two forfeiture counts - one as to Counts One through Four, and the other as to Count Five. After the verdict was returned, Defendant notified the Court that he waived any defense as to the first forfeiture count, and the Government moved for a directed verdict on that count. The Court granted the motion for directed verdict from the bench, and this Order memorializes that ruling. The Court orders that $22,029 in United States funds, seized on August 12, 2010, from Quentalin Brown and Amanda Shunta Dean Brown, at 1002 Pineview Avenue, Tifton, Georgia, be forfeited to the United States of America in its entirety.

While Defendant was acquitted on Count Five, he cannot maintain possession of the items listed in the second forfeiture count because of his criminal history. Therefore, the agents currently in possession of the firearms and ammunition listed in the indictment are to maintain possession of those items until January 23, 2012.

During the interim time period, any person with an ownership interest in the firearms and ammunition other than Defendant may file a claim with the Court. If the time period expires and no claims have been made, the agents are authorized to destroy or otherwise lawfully dispose of the items. The Government is directed to file with the Court a list of the agents in possession of the firearms and ammunition no later than November 9, 2012. The list should identify which agents are in possession of which firearms and/or ammunition.

SO ORDERED, this the 30th day of October, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh