# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**QUENTALIN S. BROWN,**

    Defendant.

Case No. 7:12-CR-4 (HL)

### ORDER

    This case is before the Court on Defendant's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 101) and Amended Motion for Leave to Appeal *In Forma Pauperis* (Doc. 102). Both motions are denied because counsel has failed to comply with the requirements of Local Criminal Rule 57(d)(3), which governs a request to proceed on appeal *in forma pauperis* when the defendant is represented by retained counsel. The Court also refers counsel to Local Criminal Rule 57(d)(1), which sets forth the Court's expectation that retained counsel "shall make fee and other necessary financial arrangements satisfactory to themselves and sufficient to provide for representation of the client until the conclusion of the client's case." A client's case is not concluded until his direct appeal is decided. M.D. Ga. L. Crim. R. 57(d)(1).

    **SO ORDERED**, this the 1st day of April, 2013.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

mbh