IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 7:12-CR-4 (HL) |
| vs. : | |
| : | |
| **QUENTALIN S. BROWN** : | |
| : | |

## FINAL ORDER OF FORFEITURE AND AUTHORIZATION
## FOR DISPOSAL OF FIREARMS AND AMMUNTION

WHEREAS, this Court entered an Order on October 30, 2012, forfeiting Defendant Quentalin S. Brown's ("Defendant") interest in the following currency, to wit: $22,029.00 in United States funds (seized on August 12, 2011, from Defendant and Amanda Shunta Dean Brown, at 1002 Pineview Avenue, Tifton, Georgia) to the United States. The Court further ordered that any firearms and ammunition listed in the Indictment, in the possession of the agents, should not be returned to the Defendant because of his criminal history, and that if no claims were filed with the Court by January 23, 2012, then the agents may destroy or otherwise lawfully dispose of the listed property;

WHEREAS, the United States filed a Response to the Court's Order dated October 30, 2012, identifying the following firearms and ammunition held by Agent Shane Mims and Major Jeff Youngblood of the Mid-South Narcotics Task Force: i.) One (1) AA Arms Inc. Model AP9 9mm pistol Serial Number 040200; ii.) One (1) Magazine containing rounds for an AA Arms Inc. 9mm pistol; iii.) One (1) DPMS AR-15, .223 Rifle Serial Number N0006557 with a Redfield scope and Laser ND3; vi.) One (1) thirty round Magazine; v.) Two (2) Magazines taped together for an AR-15 rifle; and vi.) One Taurus 44 magnum revolver Serial Number YK355011;

WHEREAS, on January 7, 2013, pursuant to Title 21, United States Code, Section 853(n), and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against the Defendant whereby his interests in the currency was forfeited to the United States;

Pending now before the Court is the United States= Motion For Final Order of Forfeiture and Authorization for Disposal of Firearms and Ammunition.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. ' 3231, and venue is proper pursuant to 18 U.S.C. ' 3232 and FED. R. CRIM. P. 18.

2. No claims were filed with the Court as to the firearms and ammunition held in the custody of the Mid-South Narcotics Task Force, and the time for filing such claims has expired.

3. The United States has furnished due and legal notice of the forfeiture proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the currency in accordance with the law.

4. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the currency, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the Currency pursuant to 21 U.S.C. ' 853(n).

5. No persons or entities filed third-party petitions asserting claims or interests in the currency subject to forfeiture, and the time for filing such petitions has now expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1. The Court's October 30, 2012, Order, authorizing the agents to destroy or otherwise lawfully dispose of the following firearms and ammunition is final: i.) One (1) AA Arms Inc. Model AP9 9mm pistol Serial Number 040200; ii.) One (1) Magazine containing rounds for an AA Arms Inc. 9mm pistol; iii.) One (1) DPMS AR-15, .223 Rifle Serial Number N0006557 with a Redfield scope and Laser ND3; vi.) One (1) thirty round Magazine; v.) Two (2) Magazines taped together for an AR-15 rifle; and vi.) One (1) Taurus 44 magnum revolver Serial Number YK355011.

2. The Court=s January 7, 2013, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described currency is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law, to wit: $22,029.00 in United States funds (seized on August 12, 2011, from Quentalin Brown and Amanda Shunta Dean Brown, at 1002 Pineview Avenue, Tifton, Georgia).

3. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this 15th day of May, 2013.

       s/Hugh Lawson
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683